IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ROBERT POLSON and**
**MARY POLSON**
**Plaintiffs,**

**v.**

**COTTRELL, INC.,**

**Defendant.**                                           **No. 06-102-DRH**

### ORDER

**HERNDON, District Judge:**

Pending before the Court is Cottrell Inc.s' motion to supplement summary judgment record (Doc. 97). Said motion is **GRANTED**.

**IT IS SO ORDERED.**

Signed this 30th day of October, 2006.

                                           /s/        David   RHerndon
                                           **United States District Judge**