IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ROBERT POLSON and
MARY POLSON
Plaintiffs,**

v.

**COTTRELL, INC.,**

**Defendant.**                         No. 06-102-DRH

### ORDER

**HERNDON, District Judge:**

Pending before the Court is a motion for leave to supplement Plaintiff's motion for partial summary judgment (Doc. 110). Said motion is **GRANTED**. The Court **ORDERS** Plaintiffs to electronically file Exhibit E *instanter*.

**IT IS SO ORDERED.**

Signed this 30th day of October, 2006.

                                              /s/        David   RHerndon
                                              **United States District Judge**