# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ROBERT POLSON and**
**MARY POLSON**

**Plaintiffs,**

v.

**COTTRELL, INC.,**

**Defendant.**                                                    **No. 04-0882-DRH**

## ORDER

**HERNDON, District Judge:**

Pending before the Court is Plaintiffs' motion for partial summary judgment (Doc. 109).[1] Specifically, Plaintiffs move for partial summary judgment on Cottrell's fifteenth affirmative defense arguing that there are no facts to support Cottrell's defense of product modification.[2] Plaintiffs argue that there is no genuine issue of material fact regarding the product modifications Cottrell's expert observed more than three years after Polson's injury. Plaintiff s contend that the ratchet head replacement after the injury was a replacement of one ratchet head with another that was not substantially different. Cottrell opposes the motion arguing that there is a

---

[1] On February 15, 2007, the Court entered an Order denying Cottrell's motion for summary judgment and Plaintiffs' motion to strike (Doc. 125). In that Order the Court set forth the case's procedural background and the facts to this case. Thus, the Court need not reiterate them here.

[2] Cottrell's affirmative defense states: "Plaintiffs' alleged injuries and damages may have been caused by the alteration and/or modification of the subject trailer by other persons over which Cottrell had no control and for which it is neither responsible nor liable." (Doc. 22, p. 7).

genuine issue of fact as to whether the product was in fact altered at the time of Polson's accident (Doc. 118). Cottrell argues that this issue exists because Polson's affidavit states that the product was not altered before the accident and the affidavit of Gary Page of Jack Cooper Transport and maintenance records state that the ratchets were likely changed before Polson's accident. The Court agrees with Cottrell. Based on the record, the Court finds that genuine issues of material fact exists as to when the modifications were made and what type of modifications were made. Thus, the Court denies Plaintiffs' motion for partial summary judgment (Doc. 109).

**IT IS SO ORDERED.**

Signed this 20th day of February, 2007.

/s/      David   RHerndon
**United States District Judge**