IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ROBERT POLSON and
MARY POLSON
Plaintiffs,

v.

COTTRELL, INC.,

Defendant.                                              No. 04-CV-0882-DRH

ORDER

**HERNDON, District Judge:**

Now before the Court is Plaintiffs' motion for extension of time to respond to Defendant's motions in limine or in the alternative to strike (Doc. 154.) Defendant's oppose the motion (Doc. 157).  The Court **GRANTS** the motion for extension of time and **DENIES** the alternative to strike.  The Court **ALLOWS** Plaintiffs up to and including Friday, June 1, 2007 to respond to Defendant's motions in limine.

**IT IS SO ORDERED.**

Signed this 23rd day of May, 2007.

/s/     David    RHerndon
**United States District Judge**