IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROBERT POLSON and MARY POLSON,<br>   Plaintiffs,<br>VS.<br>COTTRELL, INC.,<br>   Defendant. | NO. CV 04-882-DRH |

# JUDGMENT IN A CIVIL CASE

**HERNDON, District Judge:**

The Court having received a Stipulation for Dismissal signed by all counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

**DATED: January 25, 2008.**

            **NORBERT G. JAWORSKI, Clerk**

            s/Patricia A. Brown
            By: Patricia A. Brown, Deputy Clerk

/s/   David R Herndon
**APPROVED:**
   **CHIEF JUDGE**
   **UNITED STATES DISTRICT COURT**